IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE JAMES, | No. C 02-01571 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION , | |
| Defendant. | |

On April 11, 2002, Plaintiff filed this action challenging a denial of social security benefits. On December 10, 2002, the Court ordered plaintiff to show cause why her action should not be dismissed for a failure to prosecute. In particular, the Court ordered plaintiff to file her motion for summary judgment by January 13, 2002 and warned plaintiff that her failure to do so would result in dismissal of her lawsuit. As of January 22, 2003, plaintiff had not filed her motion and had not otherwise communicated with the Court. Accordingly, the Court dismissed plaintiff's lawsuit without prejudice for a failure to prosecute.

Now pending before the Court is plaintiff's motion for reinstatement of her case. She has obtained an attorney and wishes to prosecute her action for benefits. Plaintiff offers no authority for her request that this Court simply reopen a case that was dismissed more than five years ago and the Court is aware of none. While the Court's dismissal was not with prejudice it was still a dismissal. Plaintiff must file a new case, provided she can do so in

1 good faith in light of the statute of limitations for a claim challenging a denial of benefits.

2 **IT IS SO ORDERED.**

3 Dated: June 19, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE